USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIMITRA DIMOPOULOU,

                      Plaintiff,

-against-

FIRST UNUM LIFE INSURANCE COMPANY,

                      Defendant.

1:13-cv-07159 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiff's letter dated February 17, 2020. Accordingly, Defendant is hereby **ORDERED** to respond on or before **February 24, 2020**.

SO ORDERED.

Dated: February 21, 2020
      New York, New York

                                           ANDREW L. CARTER, JR.
                                           United States District Judge