```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/4/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x
**DIMITRA DIMOPOULOU,**

                         **Plaintiff,**

      -against-

**FIRST UNUM LIFE INSURANCE COMPANY, ET AL.,**

                       **Defendants.**

------------------------------------------------------------------------ x

**1:13-CV-07159 (ALC)(RLE)**

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Defendants' letter seeking permission to re-file certain documents. ECF No. 168. The Court grants Defendants leave to file a motion seeking approval of redacted filing, which must include the proposed redactions, by June 19, 2020. *See* Individual Practices 6.C-D. The Court has removed the relevant documents from public view in the interim.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **June 4, 2020**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**