# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DIMOPOULOU,

                              Plaintiff,                      13 **CIVIL** 7159 (ALC)

                             -against-                         **JUDGMENT**

FIRST UNUM LIFE INSURANCE COMPANY,     **FOR ATTORNEYS' FEES**
ET AL.,

                                                          **AND COSTS**

                             Defendants.

-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 5, 2021; the Court awards Plaintiff Dimopoulou $259,076.40 in attorneys' fees, $2,694.95 in costs, and $143,166.98 in prejudgment interest.

**Dated:**  New York, New York
            February 5, 2021

                                                               **RUBY J. KRAJICK**
                                                                 _____
                                                                      **Clerk of Court**
                                                     **BY:**
                                                                       **Deputy Clerk**